IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Tammy Popp, individually and on behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No.   1:19-cv-1727-JMS-MPB |
| Transworld Systems, Inc., LLC, a California corporation, ) ) ) | |
| Defendant. ) | |

> Stipulation of dismissal with prejudice as to individual claims and without prejudice as to putative class members acknowledged [20].
> JMS, CJ 08/29/2019
> Distribution to counsel via CM/ECF.

**STIPULATION OF DISMISSAL**

The parties, having reached a settlement of Plaintiff's individual claims against the Defendant, hereby stipulates to the dismissal of Plaintiff's individual claims with prejudice and dismissal of the claims of the putative class members without prejudice, each party to bear their own attorneys' fees and costs.

Dated:  August 26, 2019

One of Plaintiff's Attorneys                One of Defendants' Attorneys

/s/_David_J. Philipps_____           /s/_Andrew E. Cunningham w-permission
David J. Philipps                           Andrew E. Cunningham
Philipps & Philipps, Ltd.                   Sessions, Fishman, Nathan & Israel, LLC
9760 S. Roberts Road, Suite One             141 West Jackson Boulevard, Suite 3550
Palos Hills, Illinois 60465                 Chicago, Illinois 60604

The foregoing stipulation is hereby approved and Plaintiff's individual claims are hereby dismissed with prejudice and those of the putative class members are dismissed without prejudice, each party to bear their own attorneys' fees and costs.

Distribution to all counsel of record via CM/ECF.